IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY MAJERUS, and LINDA MAJERUS, | ) ) ) | |
| Plaintiffs, | ) ) | 4:10CV3046 |
| v. | ) ) | |
| JAMES TERPENING, and QUALITY DRIVE AWAY, INC., | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:   The plaintiffs' unopposed motion to continue (filing no. 23) is granted, in part, as follows:

1)   The discovery and deposition deadline is extended to May 1, 2010.

2)   The deadlines for disclosing experts, including expert reports are extended to:

   For the plaintiffs:   March 1, 2011
   For the defendants:   April 3, 2011

3)   All other deadlines set in the court's progression order, (filing no. 17), are unchanged.

DATED this 30th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge