IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY MAJERUS, and LINDA MAJERUS, | ) ) ) | |
| Plaintiffs, | ) ) | 4:10CV3046 |
| v. | ) ) ) | AMENDED PROGRESSION ORDER |
| JAMES TERPENING, and QUALITY DRIVE AWAY, INC., | ) ) ) | |
| Defendants. | ) | |

The parties' Stipulation and Joint Motion for Extension of Progression Schedule, (filing no. 30), is granted, and the progression schedule is amended as follows:

a. A jury trial is set to commence on **October 3, 2011.** No more than four days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The Pretrial Conference will be held before the undersigned magistrate judge on **September 22, 2011 at 10:00 a.m.** by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 21, 2011. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx..

c. A telephonic conference with the undersigned magistrate judge will be held on **August 11, 2011 at 10:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

d. The discovery and deposition deadline is July 31, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline

e. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is August 15, 2011.

May 3, 2011

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge